UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Fils-Aime,

                        Plaintiff(s),

          -against –

Citizens Bank, N.A. et al,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:23-CV-10066 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: December 4, 2023
       White Plains, New York

                                              CATHY SEIBEL, U.S.D.J.